IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ANDRE IBRAHIM, DAVID SIMONTON, DERRAL MITCHELL, BRANDON WALLACE, DEREK DIMRY, KARL MITCHELL, LLOYD ASHFORD, <br><br>  Plaintiff, <br><br> vs. <br><br> ENCORE WIRE CORPORATION, <br><br>  Defendants. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:21-CV-00643-SDJ |

**NOTICE OF SETTLEMENT AND**
**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Defendant Encore Wire Corporation ("Defendant") and Plaintiffs Andre Ibrahim, David Simonton, Derral Mitchell, Brandon Wallace, Derek Dimry, Karl Mitchell and Lloyd Ashford (collectively, "Plaintiffs" and Plaintiffs and Defendant collectively referred to as the "Parties") give notice that the Parties have settled the above-captioned action ("Action") following mediation before Judge Christine A. Nowak on October 25, 2022. Pursuant to Rule 41(a)(1)(A)(ii), the Parties jointly stipulate to the dismissal with prejudice of this Action with the Plaintiffs and Defendant to bear their own costs and fees and request this Court enter the Order of Dismissal with Prejudice, attached as Exhibit A to this Notice of Settlement and Joint Stipulation of Dismissal with Prejudice.

Dated December 15, 2022

Respectfully submitted,

*/s/ Ryan Griffitts*
Ryan Griffitts
Texas Bar No. 00796681
Mark A. Flores
Texas Bar No. 24076385
LITTLER MENDELSON, P.C.
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, Texas 75201
214-880-8100
214-880-0181 (Facsimile)
rgriffitts@littler.com
markflores@littler.com

**ATTORNEYS FOR DEFENDANT**

*/s/ Jay D. Ellwanger (w/permission)*
Jay D. Ellwanger
David W. Henderson
ELLWANGER LAW LLLP
400 S. Zang Blvd., Suite 600
Dallas, TX 75208
737-202-2645
jellwanger@equalrights.law
dhenderson@edqualrights.law

James A.Vagnini
Monica Hincken
VALLI KANE & VAGNINI LLP
600 Old Country Road, Suite 519
Garden City, NY 11530
516-203-7180
516-706-0248 (Facsimile)
jvagnini@vkvlawyers.com
mhincken@vkvlawyers.com

**ATTORNEYS FOR PLAINTIFF**

4882-8303-8787.1 / 053261-1036