# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ANDRE IBRAHIM, DAVID SIMONTON, DERRAL MITCHELL, BRANDON WALLACE, DEREK DIMRY, KARL MITCHELL, LLOYD ASHFORD, <br><br>     Plaintiff <br><br> vs. <br><br> ENCORE WIRE CORPORATION, <br><br>     Defendants. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. <br> 4:21-CV-00643-SDJ |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon the Notice of Settlement and Joint Stipulation of Dismissal filed by Defendant Encore Wire Corporation ("Defendant") and Plaintiffs Andre Ibrahim, David Simonton, Derral Mitchell, Brandon Wallace, Derek Dimry, Karl Mitchell and Lloyd Ashford (collectively, "Plaintiffs" and Plaintiffs and Defendant collectively referred to as the "Parties") and this Court being otherwise sufficiently advised, **IT IS ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE** as to all claims brought by the Plaintiffs with the Parties to bear their own respective costs and fees.